**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
                      (State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | PLANTA FLL LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | PLANTA Queen |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8 7 - 1 2 1 6 2 4 5 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>1201 E Las Olas Blvd<br>Number    Street<br><br>_____<br><br>Fort Lauderdale    FL    33301<br>City    State    ZIP Code<br><br>Broward<br>County | **Mailing address, if different from principal place of business**<br><br>850 Commerce Street<br>Number    Street<br><br>P.O. Box<br><br>Miami Beach    FL    33139<br>City    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>_____<br><br>City    State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://www.plantarestaurants.com/ |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **1**

Debtor  **PLANTA FLL LLC**                                          Case number *(if known)* _____
        Name

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   7 2 2 5

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☒ No |
|---|---|---|
| | | ☐ Yes. District _____ When _____ Case number _____ |
| | |                                    MM / DD / YYYY |
| | |        District _____ When _____ Case number _____ |
| | |                                    MM / DD / YYYY |

Debtor    PLANTA FLL LLC                                    Case number (if known)
                Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes. Debtor   See Attachment 1              Relationship
       District _____        When _____
                                                      MM / DD / YYYY
       Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?   1201 E Las Olas Blvd
                         Number     Street

                         Fort Lauderdale      FL       33301
                         City                 State    ZIP Code

**Is the property insured?**

☐ No
☒ Yes. Insurance agency   Hartford General Liability Insurance
       Contact name        Patrick Puertas
       Phone               305-595-3323

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49                ☐ 1,000-5,000          ☐ 25,001-50,000
☒ 50-99               ☐ 5,001-10,000         ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000        ☐ More than 100,000
☐ 200-999

Debtor **PLANTA FLL LLC**
_____
Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/12/2025
MM / DD / YYYY

X  /s/ Steven Salm                                   Steven Salm
Signature of authorized representative of debtor     Printed name

Title  President & CEO

**18. Signature of attorney**

X  /s/ Joseph C. Barsalona II           Date  05/12/2025
Signature of attorney for debtor              MM / DD / YYYY

Joseph C. Barsalona II
Printed name

Pashman Stein Walder Hayden, P.C.
Firm name

824 North Market Street, Suite 800
Number          Street

Wilmington                                DE        19801
City                                      State     ZIP Code

302-592-6496                              jbarsalona@pashmanstein.com
Contact phone                             Email address

6102                                      DE
Bar number                                State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **4**

**Attachment 1**

**Pending or Current Bankruptcy Cases Filed by Affiliates**

On May 12, 2025, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.  A motion will be filed with the Court requesting that the chapter 11 cases of these entities be jointly administered for procedural purposes only.

| Entity Name | Federal Employer Identification Number (EIN) |
|---|---|
| CHG US Holdings LLC | 84-3119685 |
| PLANTA Bethesda LLC | 85-4145177 |
| PLANTA Brooklyn LLC | 87-4834261 |
| PLANTA SOHO LLC | 87-2985947 |
| PLANTA Nomad LLC | 84-3722226 |
| PLANTA DC LLC | 88-2207448 |
| PLANTA P Street LLC | 88-3902713 |
| PLANTA KROG LLC | 87-4796124 |
| PLANTA Denver  LLC | 88-3921868 |
| PLANTA WEHO LLC | 88-1572741 |
| PLANTA West Palm Beach LLC | 84-3171752 |
| PLANTA Miami Beach LLC | 84-4806454 |
| PLANTA River North LLC | 88-0535587 |
| PLANTA CocoWalk GP,LLC | 84-3635347 |
| PLANTA FLL LLC | 87-1216245 |
| PLANTA Buckhead LLC | 88-3946467 |
| PLANTA Brentwood LLC | 87-3947390 |
| PLANTA Marina LLC | 87-4786511 |

# RESOLUTIONS OF THE BOARD OF DIRECTORS OF CHG US HOLDINGS LLC

## MAY 6, 2025

The undersigned, being a majority of the directors (the "Directors") of CHG US HOLDINGS LLC, a Delaware limited liability company (the "Company"), acting at a meeting of the board of Directors of the Company (the "Board"), duly called and held on May 6, 2025, pursuant to Article 8 and Article 9 of the Second Amended and Restated Limited Liability Company Agreement of CHG US HOLDINGS LLC, dated June 17, 2022 (the "Operating Agreement"), and the Delaware Limited Liability Company Act, as amended, at which a quorum was present pursuant to Article 8.5 of the Operating Agreement, hereby adopt and approve, the following resolutions:

**WHEREAS**, the Board having reviewed and considered, among other things, the financial condition of the Company; and

**WHEREAS**, a meeting of the board composed of Steven Salm, Michael Kimel, Natalie Birrell, Manuel Garcia, Richard Jaffray, and Brandon Marek having been duly called and held on May 6, 2025; and

**WHEREAS**, the Board acting with the advice of counsel and the necessary approvals under Article 9.1 of the Operating Agreement to commence a voluntary case or proceeding under applicable federal bankruptcy law, with three (3) Directors including Natalie Birrell, Steven Salm, and Manuel Garcia voting to pursue bankruptcy cases under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), with three (3) Directors Richard Jaffray, Brandon Marek, and Michael Kimel abstaining from such vote; and

**WHEREAS**, Natalie Birrell, Steven Salm, and Manuel Garcia having voted as a Board Majority as defined under Article 2 of the Operating Agreement (the "Board Majority"); and

**WHEREAS**, the Board Majority having voted and authorized the pursuit of bankruptcy cases under the provisions of chapter 11 of title 11 of the Bankruptcy Code; and

**WHEREAS**, the Board Majority have received, reviewed, and considered the recommendations of the Company's legal and other advisors as to the relative risks and benefits of pursuing bankruptcy cases under the provisions of chapter 11 of title 11 of the Bankruptcy Code;

**NOW, THEREFORE, BE IT RESOLVED**, that, with respect to the Company, the Directors have determined that it is desirable and in the best interests of the Company, its stockholders, creditors, and other interested parties that a voluntary petition (the "Petition") be filed by the Company under the provisions of Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and be it

**FURTHER RESOLVED**, that Steven Salm, and any other duly appointed officer (or subcontractor acting as officer) of the Company (each, an "Authorized Person"), in each case,

acting individually or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, verify, deliver, and file with the Bankruptcy Court, in the name and on behalf of the Company, and under its corporate seal or otherwise, all petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders, plans, and other documents, in each case, under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Filings"), with such changes therein and additions thereto as any such Authorized Person may deem necessary, appropriate or advisable (the execution and delivery of any of the Chapter 11 Filings by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard); and be it

**FURTHER RESOLVED**, that any Authorized Person, in each case, acting individually or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Company's chapter 11 cases (the "Chapter 11 Cases") or the Chapter 11 Filings, including, without limitation, (i) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, financing or other agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Cases with a view to the successful prosecution of the Chapter 11 Cases (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it

**FURTHER RESOLVED**, that the retention of the law firm of Pashman Stein Walder Hayden, P.C. ("Pashman Stein"), to represent the Company as bankruptcy counsel on the terms set forth in its engagement letter with the Company and to represent and assist the in preparing and filing the Petitions, the Chapter 11 Filings, and related forms, schedules, lists, statements and other papers or documents, is hereby approved, adopted, ratified and confirmed in all respects; and in connection therewith, any Authorized Person, and each of them, acting either individually or jointly, are hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute any appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Cases, and cause to be filed an appropriate application for authority to retain the services of Pashman Stein; and be it

**FURTHER RESOLVED**, that the Authorized Persons or any one of them be, and each hereby is, authorized and empowered to engage such further accountants, counsel, consultants or advisors and to do such other acts and things as may be determined to be necessary or appropriate by the Authorized Person or Authorized Persons so acting in order to fully effectuate the purpose and intent of the foregoing resolutions and to accomplish the transactions contemplated thereby, such determination to be conclusively evidenced by the retention or taking of any such action by such Authorized Person; and be it

**FURTHER RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were

taken prior to the adoption of such resolutions, be, and they hereby are, in all respects adopted, confirmed, approved, and ratified.

**IN WITNESS WHEREOF,** the undersigned, being a majority of the members of the Board of Directors of CHG US HOLDINGS LLC, have adopted the foregoing resolutions as of the date first set forth above.

**CHG US HOLDINGS LLC**

*/s/ Steven Salm*

Steven Salm, Director

Natalie Birrell, Director

Manuel Garcia, Director

*[Continued on Next Page]*

ACKNOWLEDGED AND CONSENTED TO:

The undersigned hereby acknowledges receipt of the foregoing *RESOLUTIONS OF THE BOARD OF DIRECTORS OF CHG US HOLDINGS LLC*, dated as of May 6, 2025, and consents to the transactions contemplated thereby in accordance with Section 9.1 of the Operating Agreement. This acknowledgment and consent shall not make the undersigned a party to the foregoing document.

**ANCHORAGE ILLIQUID OPPORTUNITIES MASTER VI (B), L.P., by its Investment Manager, ANCHORAGE CAPITAL GROUP, L.L.C.**

By: _____
Name: Robert Dunleavy
Title: Chief Operating Officer
Date: May 7, 2025

**PLANTA SALMCORP LLC**

By: /s/ Steven Salm
Name: **Steven Salm**
Title: **President and CEO**
Date: **May 12, 2025**

**Fill in this information to identify the case:**

Debtor name: CHG US Holdings LLC *et al*

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 8461 Melrose Avenue, LLC<br>8461 Melrose Avene<br>West Hollywood, CA 90069 | | Rent | | | | $613,188.31 |
| 2 | Saul Ewing Arstein & Lehr LLP<br>1001 Fleet Street, 9th Floor<br>Baltimore, MD 21202 | Attn: Jason M. St. John<br>Emai: jason.stjohn@saul.com | Legal services | | | | $316,568.55 |
| 3 | 13 W 27 Leasehold LLC<br>C/O Kaufman Organization, 450 7th Ave - PH,<br>New York, NY, 10123 | Attn: Eddie Gonzales<br>Email:<br>Egonzalez@kaufmanorganization.com<br>KMorrow@kaufmanorganization.com | Rent | | | | $203,251.35 |
| 4 | Friedman Properties<br>350 N Clark St.,<br>Suite 400,<br>Chicago, IL, 60654 | Attn: Brian Chernett<br>Email:<br>bchernett@friedmanproperties.com | Rent | | | | $180,160.62 |
| 5 | Baldor Specialty Foods<br>155 Food Center Drive Bronx, NY, 10474 | Attn: Joseph Cervoni<br>Email:<br>jcervoniweborders@baldorfood.com<br>help@baldorfood.zendesk.com | Food Vendor | | | | $176,324.49 |
| 6 | Vestis<br>PO Box 731676,<br>Dallas TX 75373-1676 | Attn: Tina Slemp<br>       Callie Burns<br>Email: tina.slemp@vestis.com<br>       callie.burns@vestis.com | Uniforms, Apparel, restaurant supplies | | | | $137,562.82 |
| 7 | Johnson-Lancaster and Associates, Inc.<br>13031 US Highway 19<br>North Clearwater, FL 33764 | Attm: Liannet Pino<br>Email: LiannetP@Johnson-Lancaster.com AIG@Johnson-Lancaster.com<br>KristenH@Johnson-Lancaster.com | Smallwares | | | | $133,023.76 |

Debtor  CHG US Holdings LLC *et al*
        Name

Case number (*if known*) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | JPPF Buckhead Village LP PO Box 22086 New York, NY 10087 | Email: TheShopsBuckhead@JamestownLP.com | Rent | | | | $117,837.61 |
| 9 | CityPlace Retail, LLC PO Box 865751 Orlando, FL 32886 | Attn: Brian McEvoy Email: Brian.McEvoy@related.com | Rent | | | | $112,407.03 |
| 10 | New Hampshire Avenue Holdings LLC CBRE 1200 New Hampshire Ave. N.W, Ste. 150, Washington DC, MD, 20036 | Attn: Ivory Moore Email: Emmy.Nadiga@cbre.com Breanne.Hoffmann@cbre.com Ivory.Moore@jll.com | Rent | | | | $86,288.98 |
| 11 | Cal Select Properties, Inc. 1964 Westwood Blvd., Suite 240, Los Angeles, CA 90025 | Attn: Chad Eshaghoff, CPM, CCIM Email: Claudiac@calselectproperties.com chade@calselectproperties.com | Rent | | | | $71,639.66 |
| 12 | The Chefs' Warehouse P.O. Box 32187 New York, NY, 10087-2187 | Attn: Natalie Clarke Email: naclarke@chefswarehouse.com JAviles@chefswarehouse.com | Food Vendor | | | | $70,740.38 |
| 13 | Elo Investments 2, LLC C/O SFLRE Group , LLC, 1650 SE 17th St. Suite 214 Fort Lauderdale, FL, 33316 | Attn: Steve Thompson Email: st@sflregroup.com | Rent | | | | $65,016.00 |
| 14 | D & A Studio Inc 3990 NW 132 Street, Opa Locka, FL 33054 | Email: anhinc5253@gmail.com | Millwork | | | | $63,450.00 |
| 15 | Imperial Bag & Paper Co LLC P.O BOX. 27305 New York NY, 10087-7305 | Attn: Angela P Perez Gomez Email: ryanes@imperialdade.com anperez@imperialdade.com | Paper products | | | | $62,936.60 |
| 16 | Kellermeyer Bergensons Services LLC P.O. BOX 7410386 CHICAGO IL, 60674-0386 | Attn: Alejandro Almanza Email: customerinvoiceinquiries@kbs-services.com | Linen Rentals & Laundry | | | | $62,633.54 |
| 17 | Stream Realty 1115 Howell Mill Rd NW, Suite 300, Atlanta, GA, 30318 | Attn: Toni Thompson Email: Toni.thompson@streamrealty.com | Rent | | | | $60,560.74 |
| 18 | Stenson Tamaddon, LLC 111 W. Monroe St, 17th Floor, Phoenix AZ 85003 | Attn: Jessica Smalley Email: client.services@stentam.com jessica.smalley@stentam.com | Services | | | | $60,392.70 |

Debtor  CHG US Holdings LLC *et al*
       Name

Case number (*if known*) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | Greystar  600 Las Colinas Blvd E,  Ste 2100,  Irving, TX, 75039 | Attn: Nick Smocovich  Email: 360wythemgr@greystar.com | Rent | | | | $54,947.96 |
| 20 | Pacific Marina Venture LLC  13737 Fiji Way #C10,  Marina Del Rey, CA, 90292-6962 | Attn: Pinky Paclibar  Email: ppaclibar@pom-mdr.com | Rent | | | | $50,344.87 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>PLANTA FLL LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-_____ (__) |

**CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY HOLDERS**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are equity holders, other than governmental units, that directly or indirectly own 10% of more of any class of the Debtor's equity interests:

| Name and last known address or place of business of holder | Percentage of Ownership |
|---|---|
| CHG US Holdings LLC<br>850 Commerce Street<br>Miami Beach, FL 33139 | 100% |

**Fill in this information to identify the case and this filing:**

Debtor Name: PLANTA FLL LLC

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration — Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/12/2025
MM / DD / YYYY

X /s/ Steven Salm
Signature of individual signing on behalf of debtor

Steven Salm
Printed name

President & CEO
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**